IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv526
[BR 10-33189 & 10-03300]

| | |
|---|---|
| In re: ) ) REGINA BOSTON, ) ) Debtor. ) ) _____ ) ) REGINA BOSTON, ) ) Appellant/Plaintiff, ) ) Vs. ) ) EDUCATIONAL CREDIT ) MANAGEMENT CORPORATION, ) ) Appellee/Defendant. ) ) _____ ) | Bankruptcy Case Number 10-33189 ORDER Adversary Proceeding Number 10-03300 |

**THIS MATTER** is before the court on review of the docket for compliance with the Orders of the bankruptcy court requiring payment of the filing fee of $255.00, due pursuant to 28 U.S.C. § 1930. On October 20, 2011, appellant was notified in writing and given 14 days to pay such fee. On October 31, 2011, appellant filed a Motion to Proceed *In Forma Pauperis*, which the bankruptcy court denied on November 14, 2011, based on appellant's financial circumstances as established at trial. It appearing that the time has passed for appellant to pay the required filing fee and that a reasonable time has passed since the bankruptcy court notified her that her *in forma pauperis* petition had been denied, the court will dismiss the appeal.[1]

---

[1] The court notes that it too advised appellant of the necessity of paying the filing fee in its previous Order, holding as follows: "Appellant is further reminded that

## ORDER

**IT IS, THEREFORE, ORDERED** that this appeal is **DISMISSED** for failure to pay the required filing fee.

Signed: November 19, 2011

Max O. Cogburn Jr.
United States District Judge

---

she must pay the required filing fee within the time noticed by the Clerk of the bankruptcy court."